ORIGINAL
FILED

SEP 25 1990

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DARNICE LINTON

        Defendant(s).

NO. C-90-0218-M

JUDGMENT ON DEFAULT

ENTERED IN CIVIL DOCKET SEP 25 1990

In the above entitled action, the defendant

DARNICE LINTON

having been duly served with Summons and a copy of the Complaint in the said action, and the defendant having failed to appear, answer, plead or otherwise defend in the said action within the time allowed by law, or at all, and default having been duly entered; and it further appearing that plaintiff's claim against said defendant is for a sum certain and for interest which can by computation be made certain and for costs; and, it further appearing that a declaration on behalf of the plaintiff required by Fed.R.Civ.P. 55 has been filed, setting forth the amounts due plaintiff from said defendant in accordance with the prayer of

Form OBD-183
12-8-76 DOJ

the Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act; and praying that judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid, IT IS ADJUDGED that the United States of America, plaintiff, do have and recover from the said defendant DARNICE LINTON
the sum of $12,095.32 as principal, interest and costs;
additional interest from September 18, 1990
to judgment at the rate of 7.000% per annum; and interest from the date of this judgment at the current legal rate of  7.950 % per annum, which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec. 1961(b); and judgment is herewith entered accordingly.

JUDGMENT ENTERED:            RICHARD W. WIEKING, Clerk
    SEP 2 5 1990           United States District Court

                                             PAULINE BARR
                                             Deputy Clerk

JUDGMENT ON DEFAULT                                           2.

Form OBD-183
12-8-76 DOJ